THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Rudolph Holden, Appellant.
 
 
 
 
 

Appeal From Laurens County
Brooks P. Goldsmith, Circuit Court Judge

Unpublished Opinion No. 2009-UP-597
 Submitted December 1, 2009  Filed
December 15, 2009    

AFFIRMED

 
 
 
 Thomas J. Quinn, of Greenville, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Senior Assistant Attorney General Norman Mark Rapoport, all of
 Columbia; and Solicitor Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Rudolph
 Holden appeals the trial court's denial of his motion for an evidentiary
 hearing.  He argues the trial court erred in denying his motion because an
 evidentiary hearing would establish his guilty plea was not voluntary and he
 did not make a knowing and intelligent waiver of the right to counsel.  We affirm pursuant to Rule 220(b), SCACR,
 and the following authority: Bray v.
 State, 366 S.C. 137, 140, 620 S.E.2d
 743, 745 (2005) (holding the doctrine of laches bars an action where there is
 an unexpected delay in bringing the claim).

AFFIRMED.[1]
HUFF,
 GEATHERS, JJ., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.